IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SPARKROOM HOLDINGS, LLC, | |
|---|---|
| Plaintiff, | 4:16-CV-3182 |
| vs. | |
| AMPUSH MEDIA, INC., et al., | ORDER |
| Defendants. | |

This matter is before the Court on the plaintiff's Request for Dismissal (filing 51), voluntarily dismissing with prejudice Digital Globe Services, Ltd., Digital Globe Services, Inc., and DGS EDU, LLC (collectively, "DGS entities") as defendants. The motion will be granted.

IT IS ORDERED:

1. The plaintiff's Request for Dismissal (filing 51) is granted.
2. The plaintiff's claims against the DGS entities are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).
3. The DGS entities are dismissed as parties.
4. DGS EDU, LLC's and Digital Globe Services, Inc.'s motion to dismiss (filing 43) is denied as moot.

Dated this 14th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge