# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPARKROOM HOLDINGS, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>AMPUSH MEDIA, INC.; AMPUSH LLC; and AMPUSH HOLDINGS, INC,<br><br>　　　　　　　　　Defendants. | Case No. 4:16-cv-03182-JMG-CRZ<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

Plaintiff Sparkroom Holdings, LLC, ("Plaintiff") and Defendants Ampush Media, Inc., Ampush LLC, Ampush Holdings, Inc. ("Ampush") (together, the "Parties"), by and through their respective undersigned counsel, and pursuant to a settlement reached by Plaintiff and Defendants, as well as Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Local Rule 41.1, hereby stipulate that this case, and all associated claims, will be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated: August 3, 2017　　　　　　　　　Respectfully submitted,

By:　　s/ Michael T. Hilgers
　　　Michael T. Hilgers (NE#24483)
　　　mhilgers@hilgersgraben.com
　　　Andrew R. Graben (TX#240459640
　　　agraben@hilgersgraben.com
　　　Mary Ann Novak (NE#24851)
　　　mnovak@hilgersgraben.com
　　　Jackson W. Rudd (NE#26094)
　　　jrudd@hilgersgraben.com
　　　HILGERS GRABEN PLLC
　　　570 Fallbrook Blvd., Suite 109
　　　Lincoln, NE 68521
　　　402-218-2106 - Telephone
　　　Facsimile: (402) 413-1880

　　　*ATTORNEYS FOR PLAINTIFF*
　　　*SPARKROOM HOLDINGS, LLC*

Dated: August 3, 2017

By:     s/ Steven Martin Aaron
Steven Martin Aaron (admitted *pro hac vice*)
Jacqueline M. Whipple (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street, 11th Floor
Kansas City, Missouri 64111
816-460-2400 - Telephone
816-531-7545 - Facsimile
steven.aaron@dentons.com
jaqueline.whipple@dentons.com

and

Andrew M. Legolvan CA #292520
DENTONS US LLP
*Admitted Pro Hac Vice*
1999 Harrison Street, Suite 1300
Oakland, CA 94612-4709
415-267-4000 - Telephone
415-267-4198 - Facsimile
andy.legolvan@dentons.com

Edward H. Tricker, NE # 15504
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508
402-437-8500 - Telephone
402-437-8558 - Facsimile
etricker@woodsaitken.com

*ATTORNEYS FOR DEFENDANTS AMPUSH MEDIA, INC., AMPUSH LLC, AMPUSH HOLDINGS, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

s/ Michael T. Hilgers<br>
Michael T. Hilgers

104503407\V-1