IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPARKROOM HOLDINGS, LLC, | |
| Plaintiff, | 4:16-CV-3182 |
| vs. | JUDGMENT |
| AMPUSH MEDIA, INC.; AMPUSH LLC; and AMPUSH HOLDINGS, INC., | |
| Defendants. | |

On the parties' Joint Stipulated Dismissal (filing 58), this action is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 4th day of August, 2017.

BY THE COURT:

*[signature]*
John M. Gerrard
United States District Judge